UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMAKA WOOD,

    Plaintiff,

v.

EQUITYEXPERTS.ORG, LLC,

    Defendant.

_____/

Case No. 2:16-cv-13276

HONORABLE STEPHEN J. MURPHY, III

**ORDER STAYING AND**
**ADMINISTRATIVELY CLOSING THE CASE**

On September 12, 2016, Plaintiff filed a complaint. ECF 1. On December 4, 2018, the Court ordered the parties to submit a joint status report regarding whether the Court should refer the case and other similar cases to global mediation. ECF 32. On December 14, 2018, the parties submitted a joint status report. ECF 34. Plaintiff opposed global mediation and Defendant supported either global mediation or a global stay pending an appeal in *Sparks v. EquityExperts.Org, LLC*, Case No. 2:17-cv-11330 (Judge Cleland). ECF 34, PgID 329, 331.

*Sparks* was filed by Melvin and Angela Sparks ("*Sparks* Plaintiffs") against Defendant on April 26, 2017. *Sparks* involved the same three claims Plaintiff asserts here and a similar fact pattern. On October 23, 2018, after a jury trial, judgment was entered in favor of Defendant. On November 20, 2018, the *Sparks* Plaintiffs filed a notice of appeal. Given the similarities in the two cases and the unwillingness of the parties here to agree on mediation efforts, the Court will stay the case pending the Sixth Circuit's resolution of the appeal in *Sparks*.

**WHEREFORE**, it is hereby **ORDERED** that the **CLERK** of the Court shall **STAY** the case until further order of the Court.

**IT IS FURTHER ORDERED** that the **CLERK** shall **ADMINISTRATIVELY CLOSE** the case.

**IT IS FURTHER ORDERED** that if either party is interested in reopening the case, they shall **FILE** a motion to reopen the case within **45 days** of the Sixth Circuit's decision in *Sparks v. EquityExperts.Org, LLC*, Case No. 2:17-cv-11330.

**SO ORDERED**.

                                                s/Stephen J. Murphy, III  
                                                STEPHEN J. MURPHY, III  
                                                United States District Judge

Dated: December 18, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 18, 2018, by electronic and/or ordinary mail.

                                                s/David P. Parker  
                                                Case Manager