UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMAKA WOOD,

    Plaintiff,                                  Case No. 2:16-cv-13276

v.                                            HONORABLE STEPHEN J. MURPHY, III

EQUITYEXPERTS.ORG, LLC,

    Defendant.
_____/

**ORDER DISMISSING THE CASE WITHOUT
PREJUDICE, DENYING AS MOOT PLAINTIFF'S MOTION TO
AMEND THE COMPLAINT [43], AND REQUIRING CLOSING DOCUMENTS**

On August 4, 2020, Plaintiff filed a notice that the parties have agreed to settle the case. ECF 49, PgID 417. Plaintiff indicated that the parties would submit a proposed, stipulated order dismissing the case with prejudice by September 30, 2020. *Id.* The Court will therefore dismiss the case without prejudice and require the parties to file their closing documents no later than September 30, 2020. Because the parties have agreed to settle the case, the Court will also deny as moot Plaintiff's motion to amend the complaint. ECF 43.

**WHEREFORE,** it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**

**IT IS FURTHER ORDERED** that Plaintiff's motion to amend the complaint [43] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the parties shall **SUBMIT** a proposed, stipulated order dismissing the case with prejudice no later than **September 30, 2020**.

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: August 6, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 6, 2020, by electronic and/or ordinary mail.

s/David P. Parker
Case Manager
